### EFFIE M. WHITEHURST v. T. J. NIXON.

(Filed 20 February, 1929.)

For Digest see *Whitehurst v. Garrett, ante,* 154.

APPEAL by defendant from *Small, J.,* at November Term, 1928, of PASQUOTANK.

Civil action to recover damages for an alleged wrongful conversion and detention of a Pontiac automobile, the property specifically described in plaintiff's chattel mortgage.

From a verdict and judgment in favor of plaintiff, the defendant appeals, assigning errors.

*Thompson & Wilson for plaintiff.*
*Whedbee & Whedbee for defendant.*

PER CURIAM. The principal question presented by the appeal is whether one who purchases an automobile from a licensed dealer, generally offering cars for sale to the public, gets title superior to that of a prior mortgagee who holds a valid chattel mortgage, duly registered, on said automobile. This question was answered in the negative in the case of *Whitehurst v. Garrett, ante,* 154, and, on authority of what was said in that case, the judgment in the instant case will be upheld.

No error.